UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00636

**Benjamin Zebekiah Hulsey**,
*Petitioner*,

v.

**United States of America**,
*Respondent*.

## ORDER

On December 9, 2020, petitioner Benjamin Zebekiah Hulsey, proceeding pro se, filed the above-styled and numbered petition for a writ of habeas corpus. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 2.

On February 5, 2021, the magistrate judge issued a report and recommendation (Doc. 8) concluding that petitioner's 28 U.S.C. § 2241 petition should be dismissed as moot because petitioner had been released from prison and had completed the confinement requirement of his federal sentence.

There being no objections, and the court being satisfied that the report contains no clear error, the court **accepts** the findings and conclusions of the magistrate judge. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (noting that the appropriate standard of review if no party filed objections to a magistrate judge's report is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, the petition is **dismissed as moot**. All motions not previously ruled on are **denied**. The clerk of court is **directed** to close this case.

*So ordered by the court on March 3, 2021.*

J. CAMPBELL BARKER
United States District Judge